**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

|  |  |  |
|---|---|---|
| MICROSOFT CORPORATION, a Washington corporation, | ) ) ) | |
| | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No:  1:10cv156 (LMB/JFA) |
| v. | ) ) | |
| JOHN DOES 1-27, CONTROLLING A COMPUTER BOTNET THEREBY INJURING MICROSOFT AND ITS CUSTOMERS | ) ) ) ) ) | |
| | ) ) | |
| Defendants. | ) ) | |

**MICROSOFT CORPORATION'S
NOTICE OF SERVICE TO DEFENDANTS JOHN DOES 1-27**

Pursuant to the September 17, 2010 Proposed Findings of Fact and Recommendations

Regarding Microsoft Corporation's Motion for Default Judgment as to John Does No. 1-27

("Proposed Findings of Fact"), Microsoft hereby respectfully submits this Notice of Service

regarding the completed service of the Proposed Findings of Fact on Defendants.

On September 17, 2010, Microsoft served Defendants by transmitting via electronic mail

a copy of the Proposed Findings of Fact to the email addresses identified in the registrant

information for the 276 domains used to carry out the Waledac botnet.  (Declaration of Jacob M.

Heath ("Heath Decl.") at ¶ 1, Exhibit 1.)   On September 17, Microsoft also posted the Proposed

Findings of Fact on the www.noticeofpleadings.com website.  (Heath Decl. at ¶ 2, Exhibit 3 at p.

20.)

On September 20, 2010, Microsoft served Defendants by transmitting via electronic mail

a Chinese translation of the Proposed Findings of Fact to the email addresses identified in the

registrant information for the 276 domains used to carry out the Waledac botnet.  (Heath Decl. at

¶ 2, Exhibit 2.)  On September 20, Microsoft also posted a Chinese translation of the Proposed

Findings of Fact on the www.noticeofpleadings.com website.  (Heath Decl. at ¶ 4, Exhibit 3 at p.

18.)

On September 20, 2010 Microsoft served Steven Paluck by hand delivering, via courier service, a copy of the Proposed Findings of Fact to Mr. Paluck's home address at 14625 Southwest Glenbrook Road, Beaverton, Oregon 97007.  (Heath Decl. at ¶ 5.)

On September 20, 2010, Microsoft provided third parties VeriSign, Inc., eNom/Demand Media, and Wild West Domains with the Proposed Findings of Fact by Federal Express overnight mail.  (Heath Decl. at ¶ 6, Exhibit 4.)  Microsoft is also providing third parties Xin Net Technology  Corp., Xiamen Ename Network Technology Corp Ltd. (d/b/a "Ename Corp."), Zhong Xin Qian Kun Network Technology Co., Ltd (d/b/a China Springboard and Namerich), and Beijing Innovative Linkage Technology Ltd. with a copy of the Chinese translation of the Proposed Findings of Fact. (Heath Decl. at ¶ 7.)

Dated:  September 22, 2010.          Respectfully submitted,


ORRICK, HERRINGTON & SUTCLIFFE LLP


                       /s/ *Preston Burton*
_____

PRESTON BURTON
Va. State Bar No. 30221
REBECCA L. MROZ
Va. State Bar No. 77114
Attorneys for Plaintiff Microsoft Corp.
ORRICK, HERRINGTON & SUTCLIFFE LLP
Columbia Center
1152 15th Street, N.W.
Washington, D.C. 20005-1706
Telephone:      (202) 339-8400
Facsimile:      (202) 339-8500
pburton@orrick.com
bmroz@orrick.com


Of counsel:

GABRIEL M. RAMSEY (*pro hac vice*)
JACOB M. HEATH  (*pro hac vice*)
Attorneys for Plaintiff Microsoft Corp.
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:      (650) 614-7400
Facsimile:      (650) 614-7401
gramsey@orrick.com
jheath@orrick.com

MICROSOFT CORPORATION'S
NOTICE OF SERVICE

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of September, 2010, a true and correct copy of **MICROSOFT CORPORATION'S NOTICE OF SERVICE TO DEFENDANTS JOHN DOES 1-27** and the **DECLARATION OF JACOB M. HEATH IN SUPPORT OF MICROSOFT CORPORATION'S NOTICE OF SERVICE** was served using the Court's CM/ECF system.

I further certify that the following parties and third parties will receive service by publication, electronic means and/or personal delivery as indicated below:


Via email and publication

**John Doe Defendants 1-27**
http://www.noticeofpleadings.com
wangjiayan@sohu.cn
jiangchengxian_1@sina.com
caimeihui@hichina.com.cn
youyueyou@163.com
lifengzhen@sogou.cn
ed30673637@126.com
huangjiayu@tom.com
chenyanglin@tom.cn
dinglin_156@126.com
jongchangde@126.com
meishengchang@163.com
wusong_ccc@126.com
kaokga@126.com
5484585125@qq.com
caomingjie@qq.com
563232521@qq.com
pljlkeg@126.com
bpoffer@qq.com
haieya01@126.com


Via overnight delivery

**Stephen Paluck**
14625 Southwest Glenbrook Road
Beaverton, OR 97007

**eNom / Demand Media**
Rick Danis
Senior Director Business and Legal Affairs
eNom / Demand Media
15801 NE 24th St.
Bellevue, WA 98008

**Wild West Domains**
Kelly Lewis
Deputy General Counsel
Godaddy Group / Wild West Domains
14455 N. Hayden Road

MICROSOFT CORPORATION'S
NOTICE OF SERVICE

Suite 219
Scottsdale, AZ 85260


**VeriSign, Inc.**
Thomas C. Indelicarto
Vice President & Associate General Counsel
VeriSign, Inc.
21355 Ridgetop Circle
Dulles, VA 20166

    Via hand-delivery

**Xin Net Technology Corp.**
1st Floor, 2nd Building Section A
BDA BeiGongDa Software Area
Beijing, China 100176

**Xiamen Ename Network Technology Corp Ltd. d/b/a/ Ename Corp.**
602 Grand Imperial Plaza
No. 820 Xiahe Road
Xiamen FuJian, China 361004

**Zhong Xin Qian Kun Network Technology Co., Ltd. d/b/a/ China Springboard and Namerich**
Suite 101, Building 7
Spring Garden
Haidian District
Beijing, China 100089

**Beijing Innovative Linkage Technology Ltd.**
20/F, Block A
SP Tower Tsinghua Science Park No. 1
Zhongguancun
Beijing, China 100084

            /s/ *Preston Burton*
        PRESTON BURTON
        Va. State Bar No. 30221
        Attorneys for Plaintiff Microsoft Corp.
        ORRICK, HERRINGTON & SUTCLIFFE LLP
        Columbia Center
        1152 15th Street, N.W.
        Washington, D.C. 20005-1706
        Telephone:    (202) 339-8400
        Facsimile:    (202) 339-8500
        pburton@orrick.com