IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

MICROSOFT CORPORATION,            )
                                  )
          Plaintiff,              )
                                  )
     v.                           )      1:10:cv156 (LMB/JFA)
                                  )
JOHN DOES 1-27,                   )
                                  )
          Defendants.             )

F I L E D

OCT 2 6 2010

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## ORDER

Plaintiff Microsoft Corporation ["Microsoft"] asks the Court
to enjoin the operators of 276 Internet domains – known as
"botnets" – from spreading malicious software on the Internet in
violation of the Federal Computer Fraud and Abuse Act, 18 U.S.C.
§ 1030; the Controlling the Assault of Non-Solicited Pornography
and Marketing Act, 15 U.S.C. § 7704; the Electronic
Communications Privacy Act, 18 U.S.C. § 2701; and the Lanham Act,
15 U.S.C. § 1125.  Plaintiff also alleges that the defendants are
liable for common law trespass to chattels, unjust enrichment,
and conversion.  After all defendants failed to respond to the
lawsuit, they were held in default.  On September 17, 2010, a
magistrate judge issued a Proposed Findings of Fact and
Recommendation ("Report") [Dkt. No. 89] in which he recommended
that a default judgment consisting solely of equitable relief be
entered in the plaintiff's favor against defendants John Does 1-
27.

The magistrate judge also advised the parties that any objections to the Report had to be filed within fourteen (14) days of the filing of the notice by Microsoft that service of the Report had been completed and that failure to file timely objections would waive appellate review of any judgment based on it.   Microsoft, as directed in the Report, on September 17, 2010 transmitted via electronic mail a copy of the Report to the e-mail addresses identified in the registrant information for the 276 domains used to carry out the Waledac botnet.   Microsoft also posted the Report on the www.noticeofpleadings.com website.   On September 20, 2010, plaintiff transmitted via electronic mail a Chinese translation of the Report to the e-mail addresses on record and posted the translation on the www.noticeofpleadings.com website.   On September 20, 2010, Microsoft provided third parties VeriSign, Inc., eNom/Demand Media, and Wild West Domains with the Report by Federal Express overnight mail.   On September 22, 2010, Microsoft filed with the Clerk a Notice of Service to Defendants John Does 1-27.   [Dkt. No. 90].   As of October 25, 2010, the defendants have not filed any responsive pleadings or otherwise responded to Microsoft's Complaint or Renewed Motion for Default Judgment [Dkt. 84], nor have the defendants filed any objections to the Report.

In his Report, the magistrate judge correctly found that this Court has subject matter jurisdiction over this civil action

2

under 28 U.S.C. §§ 1331 and 1367, and personal jurisdiction over the defendants because the domain registry, VeriSign, Inc., is based in the district.  Venue is proper under 28 U.S.C. § 1391(b) because a domain name is deemed to have its situs in the judicial district in which the domain name registry that registered or assigned the domain name is located.

Having fully reviewed the Report, case file, and Microsoft's Renewed Motion for Default Judgment, the Court adopts the proposed findings of fact and conclusions of law contained in the Report as its own.

Accordingly, Microsoft's Renewed Motion for Default Judgment [Dkt. 84] is GRANTED and it is hereby

ORDERED and ADJUDGED that a default judgment be and is entered in favor of Microsoft Corporation against defendants John Does 1-27, and it is further

ORDERED that the preliminary injunction entered by the Court on March 10, 2010 be and is converted into a permanent injunction, thereby enjoining the John Doe defendants and their officers, directors, principals, agents, servants, employees, successors, assigns, and all persons and entities in active concert or participation with them, from engaging in any of the activity complained of in this action or from causing any of the injury complained of in this action and from assisting, aiding or abetting any other person or business entity in engaging in or

3

performing any of the activity complained of in this action or from causing any of the injury complained of in this action, and it is further

ORDERED that VeriSign, Inc. transfer the 276 Botnet Domains listed in Appendix A of the Report, which are also attached to this Order, to a registrar of Microsoft's choosing that will transfer the registration of the Botnet Domains to Microsoft, and it is further

ORDERED that the bond posted by Microsoft be and is released.

To appeal this decision, the defendants must file a Notice of Appeal in writing with the Clerk of this Court within thirty (30) days of receipt of this Order. Failure to file a timely Notice of Appeal waives the right to appeal this decision.

The Clerk is directed to enter judgment pursuant to Fed. R. Civ. P. 55 in favor of the plaintiff against defendants John Does 1-27 and to forward copies of this Order to counsel of record for the plaintiff, VeriSign, Inc., and the defendants at their addresses of record.[1]

Entered this 26th day of October, 2010.

Alexandria, Virginia

/s/ _____

Leonie M. Brinkema
United States District Judge

---

[1]To ensure that every effort has been made to communicate this decision to the defendants, plaintiff is directed to post a copy of this Order on www.noticeofpleadings.com within 10 days of receipt of this Order.

4

### Appendix A

1. bestchristmascard.com
2. bestmirabella.com
3. bestyearcard.com
4. blackchristmascard.com
5. cardnewyear.com
6. cheapdecember.com
7. christmaslightsnow.com
8. decemberchristmas.com
9. directchristmasgift.com
10. eternalgreetingcard.com
11. freechristmassite.com
12. freechristmasworld.com
13. freedecember.com
14. funnychristmasguide.com
15. greatmirabellasite.com
16. greetingcardcalendar.com
17. greetingcardgarb.com
18. greetingguide.com
19. greetingsupersite.com
20. holidayxmas.com
21. itsfatherchristmas.com
22. justchristmasgift.com
23. lifegreetingcard.com
24. livechristmascard.com
25. livechristmasgift.com
26. mirabellaclub.com
27. mirabellamotors.com
28. mirabellanews.com
29. mirabellaonline.com
30. newlifeyearsite.com
31. newmediayearguide.com
32. newyearcardcompany.com
33. newyearcardfree.com
34. newyearcardonline.com
35. newyearcardservice.com
36. smartcardgreeting.com
37. superchristmasday.com
38. superchristmaslights.com
39. superyearcard.com
40. themirabelladirect.com
41. themirabellaguide.com
42. themirabellahome.com
43. topgreetingsite.com
44. whitewhitechristmas.com
45. worldgreetingcard.com
46. yourchristmaslights.com
47. yourdecember.com
48. yourmirabelladirect.com
49. yourregards.com
50. youryearcard.com
51. bestbarack.com
52. bestbaracksite.com
53. bestobamadirect.com
54. expowale.com
55. greatbarackguide.com
56. greatobamaguide.com
57. greatobamaonline.com
58. jobarack.com
59. superobamadirect.com
60. superobamaonline.com

61. thebaracksite.com
62. topwale.com
63. waledirekt.com
64. waleonline.com
65. waleprojekt.com
66. goodnewsdigital.com
67. goodnewsreview.com
68. linkworldnews.com
69. reportradio.com
70. spacemynews.com
71. wapcitynews.com
72. worldnewsdot.com
73. worldnewseye.com
74. worldtracknews.com
75. bestgoodnews.com
76. adorelyric.com
77. adorepoem.com
78. adoresongs.com
79. bestadore.com
80. bestlovelong.com
81. funloveonline.com
82. youradore.com
83. yourgreatlove.com
84. orldlovelife.com
85. romanticsloving.com
86. adoresong.com
87. bestlovehelp.com
88. chatloveonline.com
89. cherishletter.com
90. cherishpoems.com
91. lovecentralonline.com
92. lovelifeportal.com
93. whocherish.com
94. worldlovelife.com
95. worshiplove.com
96. yourteamdoc.com
97. yourdatabank.com
98. alldatanow.com
99. alldataworld.com
100. cantlosedata.com
101. freedoconline.com
102. losenowfast.com
103. mingwater.com
104. theworldpool.com
105. wagerpond.com
106. beadcareer.com
107. beadworkdirect.com
108. bestcouponfree.com
109. bestmazdadealer.com
110. bluevalentineonline.com
111. buymazdacars.com
112. codecouponsite.com
113. deathtaxi.com
114. funnyvalentinessite.com
115. greatcouponclub.com
116. greatmazdacars.com
117. greatsalesavailable.com
118. greatsalesgroup.com
119. greatsalestax.com
120. greatsvalentine.com
121. greatvalentinepoems.com
122. macride.com

123. mazdaautomotiveparts.com

124. mazdacarclub.com

125. mazdaspeedzone.com

126. netcitycab.com

127. petcabtaxi.com

128. smartsalesgroup.com

129. superpartycab.com

130. supersalesonline.com

131. thecoupondiscount.com

132. themazdacar.com

133. themazdaspeed.com

134. thevalentinelovers.com

135. thevalentineparty.com

136. wirelessvalentineday.com

137. workcaredirect.com

138. workhomegold.com

139. worklifedata.com

140. yourcountycoupon.com

141. yourmazdacar.com

142. yourmazdatribute.com

143. yourvalentineday.com

144. yourvalentinepoems.com

145. againstfear.com

146. antiterroralliance.com

147. antiterroris.com

148. antiterrornetwork.com

149. bayhousehotel.com

150. bestblogdirect.com

151. bestbreakingfree.com

152. bestjournalguide.com

153. bestlifeblog.com

154. bestusablog.com

155. blogginhell.com

156. blogsitedirect.com

157. boarddiary.com

158. breakingfreemichigan.com

159. breakinggoodnews.com

160. breakingkingnews.com

161. breakingnewsfm.com

162. breakingnewsltd.com

163. debtbgonesite.com

164. easyworldnews.com

165. extendedman.com

166. farboards.com

167. fearalert.com

168. globalantiterror.com

169. gonesite.com

170. longballonline.com

171. mobilephotoblog.com

172. photoblogsite.com

173. residencehunter.com

174. terroralertstatus.com

175. terrorfear.com

176. terrorismfree.com

177. themostrateblog.com

178. tntbreakingnews.com

179. urbanfear.com

180. usabreakingnews.com

181. yourbreakingnew.com

182. yourlength.com

183. yourlol.com

184. yourwent.com

185. bakeloaf.com

186. chinamobilesms.com

187. coralarm.com

188. downloadfreesms.com

189. freecolorsms.com

190. freeservesms.com

191. fryroll.com

192. goldfixonline.com

193. lastlabel.com

194. miosmsclub.com

195. moneymedal.com

196. nuovosms.com

197. screenalias.com

198. smsclubnet.com

199. smsdiretto.com

200. smspianeta.com

201. tagdebt.com

202. virtualesms.com

203. wealthleaf.com

204. yourbarrier.com

205. discountfreesms.com

206. eccellentesms.com

207. freesmsorange.com

208. ipersmstext.com

209. morefreesms.com

210. nuovosmsclub.com

211. primosmsfree.com

212. smsinlinea.com

213. smsluogo.com

214. superioresms.com

215. 4thfirework.com

216. biumer.com

217. entrank.com

218. fireholiday.com

219. fireworksholiday.com

220. fireworksnetwork.com

221. fireworkspoint.com

222. freeindependence.com

223. gemells.com

224. handyphoneworld.com

225. happyindependence.com

226. holidayfirework.com

227. holidaysfirework.com

228. holifireworks.com

229. interactiveindependence.com

230. miosmschat.com

231. movie4thjuly.com

232. moviefireworks.com

233. movieindependence.com

234. movies4thjuly.com

235. moviesfireworks.com

236. moviesindependence.com

237. outdoorindependence.com

238. smophi.com

239. superhandycap.com

240. thehandygal.com

241. video4thjuly.com

242. videoindependence.com

243. yourhandyhome.com

244. yusitymp.com

245. aweleon.com

246. bedioger.com

247. bicodehl.com
248. birdab.com
249. cismosis.com
250. crucism.com
251. cycloro.com
252. encybest.com
253. favolu.com
254. framtr.com
255. frostep.com
256. gumentha.com
257. hindger.com
258. hornalfa.com
259. noloid.com
260. nonprobs.com
261. oughwa.com
262. painkee.com
263. pantali.com
264. pathoph.com
265. prerre.com
266. purgand.com
267. rascop.com
268. sodanthu.com
269. specipa.com
270. tabatti.com
271. tatumen.com
272. thingre.com
273. tobeyew.com
274. broadwo.com
275. houreena.com
276. cyanian.com